**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CARMEN LICEA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.: 1:25-cv-08706 |
| | ) | |
| V. | ) | Judge: Jorge L. Alonso |
| | ) | |
| ILLINOIS CENTRAL RAILWAY COMPANY. | ) | Trial by Jury Demanded |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)**

Now comes the Plaintiff, CARMEN LICEA, by and through her attorney Foley Law Group, LLC., and for her Motion for Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(2), states as follows:

1. Plaintiff respectfully requests the Court dismiss the pending matter with prejudice.

WHEREFORE, Plaintiff CARMEN LICEA respectfully requests that the Court grant her Motion for Voluntary Dismissal, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: November 26, 2026

Respectfully submitted,

CARMEN LICEA

By: s/s James T. Foley
Attorney for Plaintiff

James T. Foley
Foley Law Group, LLC.
580 Oakmont Lane
Westmont, IL 60559
(630) 908-3508
jfoley@foleylawgroup.com

## CERTICATE OF FILING

Plaintiff, CARMEN LICEA, through her attorney, James T. Foley certifies that she has filed this document with the Court's electronic filing system on November 26, 2026.

CARMEN LICEA,

s/s James T. Foley,
Attorney for Plaintiff